# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1035

_____

United States of America

*Plaintiff - Appellee*

v.

Lance Bradley Williams, also known as Crush, also known as Lil'Crush

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: October 4, 2017
Filed: October 13, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Lance Williams pleaded guilty to conspiracy to commit sex trafficking of a child, 18 U.S.C. §§ 1591(a), (c), 1594(c), and the District Court[1] sentenced him to

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

120 months in prison. On appeal, in a brief filed in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967), Williams's counsel challenges the District Court's application of sentence enhancements under United States Sentencing Guidelines §§ 2G1.3(b)(3) and 4B1.5(b)(1), and Williams echoes the challenge to the latter enhancement in a pro se supplemental brief.

We have reviewed the evidence introduced at the sentencing hearing, which included testimony that Williams used a cellular telephone to place website advertisements soliciting persons to engage in sexual conduct with the minor and testimony that Williams facilitated several acts of prostitution involving the minor over the course of the conspiracy. We find no error in the application of either enhancement. <u>See</u> <u>United States v. Kramer</u>, 631 F.3d 900, 902 (8th Cir.) (setting forth the standard of review and applying Guidelines § 2G1.3(b)(3)), <u>cert. denied</u>, 563 U.S. 1039 (2011); <u>United States v. Rojas</u>, 520 F.3d 876, 883 (8th Cir. 2008) (applying Guidelines § 4B1.5(b)). In addition, we have reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we find no nonfrivolous issues.

We affirm the judgment and grant counsel's motion to withdraw.

_____